IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CAROL JNO BAPTISTE;

, Plaintiff.

-v-

UNITED COLLECTION BUREAU, INC

Defendant(s)

Case No.: CCB-12-509

FILED ____ ENTERED
____ LOGGED ____ RECEIVED

MAR 0 1 2012

AT BALTIMORE
CLERK, U S DISTRICT COURT
DISTRICT OF MARYLAND

DEPUTY

## STIPULATION FOR MOTION TO DISMISS

### (DISMISSAL)

Plaintiff, Carol Jno Baptiste and Kareem-Ali Muhammad hereby motion the court for dismissal pursuant to an amicable agreement between both parties.

Dated: Wednesday, February 29, 2012
Respectfully submitted,

Without prejudice,

_____
Carol Jno Baptiste, PRO SE
1615 E. Cold Spring Lane
Baltimore, MD 21218
404-587-4382
e-mail:: kareemali.muhammad@gmail.com

_____
Kareem-Ali Muhammad, PRO SE

M:/PLEADINGS/FED/TCPA CLAIMS/UCB

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY That on this 29rd day, February 2012 a true copy of the foregoing **STIPULATION FOR MOTION TO DISMISS** and was served via United States Postal Service and sent first class mail, postage paid, to the following.

KRISTEN ARSENALT
UNITED COLLECTIONS BUREAU
1906 EXECUTIVE WAY
MIRAMAR, FL 33025

_____
CAROL JNO BAPTISTE, PRO SE

1615 EAST COLD SPRING LANE
BALTIMORE, MD 21218
404-587-4382

_____
KAREEM-ALI MUHAMMAD, PRO SE

1615 EAST COLD SPRING LANE
BALTIMORE, MD 21218
404-587-4382

M:/PLEADINGS/FED/TCPA CLAIMS/UCB